UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-618-BO

JOE HAND PROMOTIONS, INC.,

      Plaintiff,

      vs.

RAVITA TAYLOR OKAFOR and
FELIX ANIZOBA OKAFOR ,
INDIVIDUALLY and d/b/a FLYING
EAGLE BAR & GRILL; and FLYING
EAGLE GAS GROCERY & GRILL,
L.L.C, an business entity d/b/a FLYING
EAGLE BAR & GRILL,

      Defendants.

## CONSENT JUDGMENT

**NOW COMES** the Plaintiff and Defendant Flying Eagle Gas Grocery & Grill,

L.L.C., agreeing that judgment shall be entered in this case, as evidenced by the

signatures below, it is hereby ORDERED AND ADJUDGED that judgment be

rendered in favor of the Plaintiff Joe Hand Promotions, Inc. and against the

Defendants: Flying Eagle Gas Grocery & Grill, L.L.C. d/b/a Flying Eagle Bar and

Grill; for the sum of Ten Thousand Dollars ($10,000.00).

      SO ORDERED, this 4th____ day of ~~March~~ April, 2013.

1

_Terrence Boyle_

Judge
United States District Court
For the Eastern District of North Carolina

CONSENTED TO:

/s/ Jeremy Todd Browner                                    Dated: March 27, 2013
Jeremy T. Browner, Esq. (38941)
Attorneys for Plaintiff
1709 Legion Rd., Ste. 215
Chapel Hill, NC 27517-2374
919.537.8039 Tel
919.869.1668 Fax.
jb@brownerlaw.com


/s/ Edward H. Maginnis                                     Dated: March 27, 2013
Edward H. Maginnis, Esq.
Attorney for Defendants
Maginnis Law, PLLC
19 W. Hargett St. Suite 906
Raleigh, North Carolina 27601
919.526.0450 Tel
919.882.8763 Fax
emaginnis@maginnislaw.com
tshoward@maginnislaw.com

2

Dated: _12-19-12_

Felix Anizoba Okafor, Member
Flying Eagle Gas Grocery & Grill, L.L.C.,
d/b/a Flying Eagle Bar & Grill

3